IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 14 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHN F. RETIC, | |
| Plaintiff, | |
| vs. | No. 05-2504-B/An |
| SHELBY COUNTY JUSTICE CENTER, | |
| Defendant. | |

## ORDER CLOSING DUPLICATE CASE

Plaintiff John F. Retic, booking number 4133423, an inmate at the Shelby County Criminal Justice Center in Memphis, filed a _pro se_ complaint pursuant to 42 U.S.C. § 1983 on July 12, 2005. Due to an apparent error in the Clerk's office, it appears that the original of the plaintiff's complaint was docketed as case no. 05-2495-Ma/V (W.D. Tenn.), and a copy of the complaint was docketed as case no. 05-2504-B/An (W.D. Tenn.). It is ORDERED that case no. 05-2504-B/An be closed, without assessment of the filing fee, because it is duplicative of case no. 05-2495-Ma/V.

IT IS SO ORDERED this 10th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02504 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

John Fitzgerald Retic
SHELBY COUNTY JAIL
4134323
201 Poplar Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT